# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## HONORABLE RUTH B. MONTENEGRO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JUAN CARLOS ORTEGA,<br><br>　　　　　Defendant. | Case No. 3:22-cr-1779-RBM-1<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE MOTION<br>HEARING/TRIAL SETTING DATE |

For reasons stated in paragraph 3 of the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel need reasonable time for effective preparation. The Court has considered the parties' exercise of due diligence in making this determination.

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date for the above captioned case, currently set on October 7, 2022, at 9:00 a.m., be continued to November 4, 2022 at 9:00 a.m. The Court finds this period of delay be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated:  10/4/2022

_____
HONORABLE RUTH B. MONTENEGRO
United States District Court Judge